IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.

MELOCENT V. SCOTLAND,

    *Defendant.*

**COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT**

Plaintiff, the United States of America, alleges as follows:

1. This is a civil action bought by the United States to reduce to judgement certain federal income tax assessments made against Melocent V. Scotland.

**Authorization for Suit, Jurisdiction, and Venue**

2. Pursuant to 26 U.S.C. § 7401, this action is filed with the authorization of, and at the request of, the Secretary of the Treasury of the United States, acting through his delegate, the Associate Area Counsel of the Internal Revenue Service.  The United States' Complaint is filed at the direction of the Attorney General of the United States.

3. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402.

4. Because defendant Scotland resides in Aura, Colorado, venue is appropriate in the District of Colorado.  28 U.S.C. §§ 1391 and 1396.

1

## The Defendant

5. Defendant Scotland is an individual with unpaid income tax liabilities who resides in Aura, Colorado.

## The Tax Liabilities At Issue

6. A duly authorized delegate of the Secretary of the Treasury made timely assessments against Scotland for unpaid federal income taxes for tax years 2007 through 2014, as shown in the table below.

| Period | Initial Assessment Date | Assessment Type | Assessment Amounts | Unpaid Accrued Balance as of 10/19/2020[1] |
|---|---|---|---|---|
| 2007 | 08/02/2010 | Taxes | $20,897.00 | |
| | 08/02/2010 | Penalty for not Pre-Paying Tax | $400.01 | |
| | 08/02/2010 | Penalty for Filing Tax Return after Due | $2,250.00 | |
| | 08/02/2010 | Penalty for Late Payment of Tax | $1,400.00 | |
| | 08/02/2010 | Interest Charge for Late Payment | $1,370.10 | |
| | 12/13/2010 | Penalty for Late Payment of Tax | $300.00 | |
| | 11/25/2019 | Penalty for Late Payment of Tax | $31.89 | |
| | 12/09/2019 | Penalty for Late Payment of Tax | $700.00 | |
| | 12/30/2019 | Interest Charge for Late Payment | $631.89 | |
| | 12/30/2019 | Penalty for Late Payment of Tax | $68.11 | |
| | 01/06/2020 | Interest Charge for Late Payment | $700.00 | |
| | 02/10/2020 | Interest Charge for Late Payment | $1,400.00 | |
| | 02/17/2020 | Interest Charge for Late Payment | $700.00 | |
| | 03/02/2020 | Interest Charge for Late Payment | $700.00 | |
| | 03/16/2020 | Interest Charge for Late Payment | $700.00 | |
| | 03/23/2020 | Fees & Other Expenses for Collection | $56.00 | |
| | 03/30/2020 | Interest Charge for Late Payment | $644.00 | |
| | 04/13/2020 | Interest Charge for Late Payment | $700.00 | |
| | | | | **$14.50** |

---

[1] Reflects the balance of the assessment, net payments and credits, with unassessed accruals for interest and other statutory additions, calculated on October 5, 2020, with accruals through October 19, 2020.

2

| Period | Initial Assessment Date | Assessment Type | Assessment Amounts | Unpaid Accrued Balance as of 10/19/2020[1] |
|---|---|---|---|---|
| 2008 | 08/09/2010 | Taxes | $20,543.00 | |
| | 08/09/2010 | Penalty for not Pre-paying Tax | $345.28 | |
| | 08/09/2010 | Penalty for Filing Tax Return After Due | $2,637.90 | |
| | 08/09/2010 | Penalty for Late Payment of Tax | $937.92 | |
| | 08/09/2010 | Interest Charge for Late Payment | $777.31 | |
| | 12/13/2010 | Penalty for Late Payment of Tax | $351.72 | |
| | | | | **$25,574.23** |
| 2009 | 08/02/2010 | Taxes | $20,324.00 | |
| | 08/02/2010 | Penalty for not Pre-paying Tax | $182.59 | |
| | 08/02/2010 | Penalty for Filing Tax Return After Due | $1,200.96 | |
| | 08/02/2010 | Penalty for Late Payment of Tax | $177.92 | |
| | 08/02/2010 | Interest Charge for Late Payment | $121.33 | |
| | 12/13/2010 | Penalty for Late Payment of Tax | $266.88 | |
| | | | | **$12,212.75** |
| 2010 | 05/30/2011 | Taxes | $15,425.00 | |
| | 05/30/2011 | Penalty for Late Payment of Tax | $47.78 | |
| | 05/30/2011 | Interest Charged for Late Payment | $29.55 | |
| | 07/09/2012 | Fees & Other Expenses for Collection | $42.00 | |
| | 08/31/2020 | Fee & Other Expenses for Collection | $56.00 | |
| | | | | **$9,484.46** |
| 2011 | 05/28/2012 | Taxes | $14,356.00 | |
| | 05/28/2012 | Penalty for not Pre-paying Tax | $71.00 | |
| | 05/28/2012 | Penalty for not Pre-paying Tax | $46.64 | |
| | 05/28/2012 | Interest Charged for Late Payment | $16.47 | |
| | 07/16/2012 | Fees & Other Expenses for Collection | $42.00 | |
| | | | | **$7,796.20** |
| 2012 | 04/08/2013 | Taxes | $18,934.00 | |
| | 03/02/2015 | Miscellaneous Penalty, Accuracy Related | $1,383.00 | |
| | 03/02/2015 | Additional Tax Assessed | $6,9191.00 | |
| | 03/02/2015 | Interest Charged for Late Payment | $481.28 | |
| | 05/18/2015 | Fees & Other Expenses for Collection | $52.00 | |
| | | | | **$12,943.21** |

| Period | Initial Assessment Date | Assessment Type | Assessment Amounts | Unpaid Accrued Balance as of 10/19/2020[1] |
|---|---|---|---|---|
| 2013 | 04/28/2014 | Taxes | $20,418.00 | |
| | 02/15/2016 | Additional Tax Assessed | $3,445.00 | |
| | 02/15/2016 | Interest Charged for Late Payment | $195.29 | |
| | 02/13/2017 | Fees & Other Expenses for Collection | $66.00 | |
| | 12/18/2017 | Interest Charge for Late Payment | $275.27 | |
| | 12/18/2017 | Penalty for Late Payment of Tax | $378.95 | |
| | 12/17/2018 | Interest Charge for Late Payment | $210.01 | |
| | 12/17/2018 | Penalty for Late Payment of Tax | $206.70 | |
| | 12/09/2019 | Interest Charge for Late Payment | $264.35 | |
| | 12/09/2019 | Penalty for Late Payment of Tax | $275.59 | |
| | | | | **$5,517.43** |
| 2014 | 04/27/2015 | Taxes | $20,959.00 | |
| | 11/21/2016 | Additional Tax Assessed | $1,079.00 | |
| | 11/21/2016 | Interest Charge for Late Payment | $60.34 | |
| | 12/17/2018 | Interest Charge for Late Payment | $107.07 | |
| | 12/17/2018 | Penalty for Late Payment of Tax | $263.86 | |
| | 12/09/2018 | Interest Charge for Late Payment | $83.46 | |
| | 12/09/2019 | Penalty for Late Payment of Tax | $5.38 | |
| | | | | **$1,657.27** |
| | **Total** | | | **$75,200.05** |

7. The initial federal income tax assessments for the 2007 through 2011 tax years are based on amounts Scotland self-reported on her returns. The unpaid liabilities primarily stem from insufficient withholdings during the tax year to cover her reported liabilities.

8. The federal income tax liabilities for the 2012 through 2014 taxable years include additional assessments the IRS made because, after Scotland filed the returns, the IRS determined she had underreported her income for those years. The IRS thus assessed additional amounts.

4

9. At various times Scotland has entered into installment agreements with the IRS, although she has defaulted on all of them. As relevant here, Scotland entered into an installment agreement for tax years 2007, 2008, and 2009 that was pending as of April 9, 2012, and active as of July 9, 2012.

10. Based on the installment agreement described in paragraph 9, the statute of limitations for collection of Ms. Scotland's federal income tax liabilities for 2007, 2008, and 2009 was extended by at least 91 days.

11. As a result of Scotland's continued failure to pay the assessed balances, interest and other statutory additions have accrued and may continue to accrue. The unpaid total balance, calculated through October 19, 2020, including statutory accruals, is $75,200.05, plus such interest or other statutory additions as may continue to accrue, net any payments or credits.

**Count I: Reduce Tax Assessment against Melocent V. Scotland to Judgment**

12. The IRS gave Scotland proper notice of the assessments described above and made proper demand for payment.

13. Despite the IRS's proper notice and demand, Scotland has neglected, failed or refused to pay the assessed amounts and the statutory additions that have accrued on those assessments.

14. Scotland is personally liable to the United States for the unpaid balances of the assessments, plus statutory accruals.

15. Including accrued interest calculated through October 19, 2020, Scotland is personally liable to the United States for $75,200.05, plus such additional interest or other statutory additions as may continue to accrue, net any payments or credits.

16. The United States is entitled to a judgment against Scotland in that amount.

WHEREFORE, the United States respectfully requests that the Court grant the following relief:

A. Enter judgment in favor of the United States and against Melocent V. Scotland for unpaid federal income tax liabilities for the 2007 through 2014 tax years, in the amount $75,200.05 plus such interest or other statutory additions as may continue to accrue, net any payments or credits.

B. Grant the United State its costs in this action and such other and further relief as the Court deems just and proper.

Dated this 23rd day of October, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ E. Carmen Ramirez*
EDITH CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-2885 (v)
202-307-0054 (f)
Edith.C.Ramirez@usdoj.gov